Jason L. McCoy, Esq.
**LAW OFFICES OF JASON L. MCCOY**
280 Talcottville Road
Vernon, Connecticut 06066
Telephone: 860-872-7741
Facsimile: 860-979-0064

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| The Estate of Beverly Kudla v. Pfizer Inc (06-5339 CRB)<br><br>Clifford Lowman v. Pfizer Inc (06-5707 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to the plaintiffs named therein with each side bearing its own attorneys' fees and costs.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: April 28, 2010    By: _____

Jason L. McCoy, Esq.
**LAW OFFICES OF JASON L. MCCOY**
280 Talcottville Road
Vernon, Connecticut 06066
Telephone: 860-872-7741
Facsimile: 860-979-0064

*Attorneys for Plaintiffs*

DATED: April 28, 2010    By: _____

Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Attorneys for Defendant*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 5-11-2010    _____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**